■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYAN THOMPSON, Appellant. [860 NYS2d 117]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Heffernan, J.), rendered March 29, 2006, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant contends that the trial court's ruling on the People's reverse-*Batson* challenge (*see Batson v Kentucky*, 476 US 79 [1986]) was in error. We disagree. The prosecutor raised a reverse-*Batson* challenge, and the trial court determined that with respect to one peremptory strike, defense counsel's proffered explanation was pretextual (*see People v Payne*, 88 NY2d 172, 181 [1996]; *People v Allen*, 86 NY2d 101, 104 [1995]). The trial court is in the best position to assess the credibility of counsel's explanations (*see Hernandez v New York*, 500 US 352, 364 [1991]; *People v Jeffreys*, 258 AD2d 474, 475 [1999]). We discern no basis in the record to disturb the trial court's credibility assessment and determination (*see People v Chapman*, 295 AD2d 359 [2002]; *People v Grier*, 261 AD2d 555 [1999]; *People v Garrastazu*, 238 AD2d 354 [1997]).

The defendant's remaining contentions are without merit. Prudenti, P.J., Mastro, Miller and Carni, JJ., concur.